**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUSAN HOLLAND,

      Plaintiff,

     v.                              **CASE NO.:** 8:10-CV-2632-T-26TGW

BUREAU OF COLLECTION RECOVERY,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, SUSAN HOLLAND ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  January 26, 2012           RESPECTFULLY SUBMITTED,

                      By: /s/ Shireen Hormozdi

                         Shireen Hormozdi
                         FBN: 0882461
                         Krohn & Moss, Ltd.
                         10474 Santa Monica Blvd., Ste 401
                         Los Angeles, California 90025
                         (323) 988-2400 x 267
                         shormozdi@consumerlawcenter.com
                         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to all parties by the Court's CM/ECF system.


By:      /s/ Shireen Hormozdi

Shireen Hormozdi
FBN: 0882461
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste 401
Los Angeles, California 90025
(323) 988-2400 x 267
shormozdi@consumerlawcenter.com
Attorneys for Plaintiff